IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:20CR152-1 |
| RANDALL GRAY STONEMAN, JR. | : |

The Grand Jury charges:

On or about April 29, 2020, in the County of Guilford, in the Middle District of North Carolina, RANDALL GRAY STONEMAN, JR., knowingly did possess in commerce and affecting commerce firearms, that is, two Remington 12 gauge shotguns, a Mossberg 12 gauge shotgun, and a Colt .223 caliber rifle, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

1. The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

2. Upon conviction of the offense alleged in the Indictment, the defendant, RANDALL GRAY STONEMAN, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title,

and interest in and to any firearms and ammunition involved or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. One Remington, Model 870 Express Magnum, 12 gauge shotgun, serial number B073419M;

    b. One Mossberg, Model 835, 12 gauge shotgun, serial number UM491478;

    c. One Colt, Sporter Target Model, .223 caliber rifle, serial number ST003685;

    d. One Remington, Model 870 Wingmaster, 12 gauge shotgun, serial number S434075V; and

    e. Assorted ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: May 18, 2020

MATTHEW G.T. MARTIN
United States Attorney

*Veronica L. Edmisten by RSG*

BY: VERONICA L. EDMISTEN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

3

Case 1:20-cr-00152-UA   Document 1   Filed 05/18/20   Page 3 of 3